IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00713-PAB-MJW

THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATE DEPARTMENT OF LABOR,

Petitioner,

v.

TKC ACCENT ON ELDER CARE, INC, and
TKC SILVER ROSE, INC.,

Respondents.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Stay the Continued Order to Show Cause Scheduled For May 22, 2014, at 9:30 a.m. and to Order Status Report for June 2, 2014 (Docket No. 16) is granted. The Show Cause Hearing set on May 22, 2014, at 9:30 a.m. is VACATED and RESET on July 7, 2014, at 3:00 p.m. The parties may move to vacate this hearing if they resolve the remaining issues. It is further

ORDERED that the parties shall file a Status Report on or before June 2, 2014.

Date: May 21, 2014