IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00713-PAB-MJW

THOMAS E. PEREZ, Secretary of Labor, and
UNITED STATES DEPARTMENT OF LABOR,

      Petitioners,

v.

TKC ACCENT ON ELDER CARE, INC. and
TKC SILVER ROSE, INC.,

      Respondents.
_____

## ORDER OF DISMISSAL
_____

      This matter comes before the Court on the Motion to Conclude Subpoena Enforcement Proceedings [Docket No. 23]. The Court has reviewed the pleading and is fully advised in the premises. It is

      **ORDERED** that the Motion to Conclude Subpoena Enforcement Proceedings [Docket No. 23] is GRANTED. It is further

      **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this case is dismissed.

      DATED July 31, 2014.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge